UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SINGH PETROLEUM d/b/a ROYAL AUBURN 76,<br><br>                Plaintiff(s),<br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant(s). | CASE NO. C25-0608-KKE<br><br>ORDER TO FILE A CORPORATE DISCLOSURE STATEMENT |

On April 7, 2025, the Court notified Plaintiff that it must file a corporate disclosure statement under Federal Rule of Civil Procedure 7.1(a)(1), and imposed a deadline to do so by April 14, 2025. To date, Plaintiff has not filed a corporate disclosure statement. Plaintiff must file this statement no later than June 18, 2025, or the Court will dismiss this action without prejudice for failure to comply with a Court order.

Dated this 11th day of June, 2025.

Kymberly K. Evanson
United States District Judge

ORDER TO FILE A CORPORATE DISCLOSURE STATEMENT - 1