UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| SINGH PETROLEUM d/b/a ROYAL AUBURN 76, | CASE NO. C25-0608-KKE |
|---|---|
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

The complaint in this matter was filed on April 4, 2025. Dkt. No. 1. Summons was issued on April 7, 2025. Dkt. No. 2. To date, Plaintiff has not provided proof that proper service of the complaint has been made on Defendant United States of America as required by Federal Rule of Civil Procedure 4(m).

Plaintiff is therefore ORDERED TO SHOW CAUSE by August 29, 2025, why Plaintiff's claims should not be dismissed without prejudice for failure to prosecute. Absent a timely response to this order, the Court will dismiss Plaintiff's claims without prejudice.

Dated this 15th day of August, 2025.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER TO SHOW CAUSE - 2