UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SINGH PETROLEUM d/b/a ROYAL AUBURN 76,<br><br>Plaintiff(s),<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant(s). | CASE NO. C25-0608-KKE<br><br>ORDER DISMISSING CASE |

The Court previously ordered Plaintiff to show cause why its claims should not be dismissed without prejudice for failure to prosecute, and Plaintiff did not respond to that order by the deadline. Dkt. No. 7. Accordingly, the Court DISMISSES Plaintiff's claims without prejudice and the clerk is directed to administratively close this case.

Dated this 5th day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1